FILED
June 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003545019

1 | ROBERT HAWKINS #131159
    ATTORNEY AT LAW
2 | 1849 NORTH HELM, SUITE 110
    FRESNO, CALIFORNIA 93727
3 | (559) 255-0555

4 | Attorney for Chapter 7 Trustee,
    James Salven

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of | Case No. 10-61970-A-7F |
|---|---|
| BRIAN ENNIS, | DC No. RH-2 |
| | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**<br>11 U.S.C. §363 |
| Debtor. _____/ | Date: July 6, 2011<br>Time: 9:00 a.m.<br>Dept: A |

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

James Salven respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about October 15, 2010, and James Salven was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is non exempt equity in a 2006 Yamaha Motorcycle with a fair market value of approximately $4,225.00.

5. The Trustee has received an offer from the debtor, Brian Ennis, to purchase the vehicle equity for the total sum of $1,500.00. The funds have been received by the estate.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicle, the costs associated with taking possession of, storing, and selling the vehicle at auction, and the debtor's allowed exemption in the amount of $2,725.00.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to the debtor, Brian Ennis, for the total sum of $1,500.00.

**DATED**: JUNE 3, 2011

                                            /S/
                              ROBERT HAWKINS,
                              Attorney for Chapter 7 Trustee